**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------

**No. 98-6687**

------

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FREDERICK MARION COOK, III, a/k/a Fredrick
Marion Cook,

Defendant - Appellant.

------

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. William L. Osteen, Sr.,
District Judge. (CR-96-136-2, CA-97-994-1)

------

Submitted: August 13, 1998      Decided: September 3, 1998

------

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

------

Dismissed by unpublished per curiam opinion.

------

Frederick Marion Cook, III, Appellant Pro Se.  Michael Francis
Joseph, Assistant United States Attorney, Greensboro, North Caro-
lina, for Appellee.

------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frederick Marion Cook, III, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Cook, Nos. CR-96-136-2; CA-97-994-1 (M.D.N.C. Apr. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED